U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Knoxville

Date: 1/23/2026    Courtroom: 3A - Knoxville

Initial Appearance: ☐ Complaint ☒ Indictment ☐ SSI ☐ Information ☐ Violation Petition ☐ Rule 5

Other Hearing: ☒ Arraignment ☐ Arraignment on SSI

**Case No.** 3:26-CR-14    **USA v.** Tyler S. Wells

Present Before: HONORABLE Jill E. McCook    U.S. Magistrate Judge

| David Lewen | Rachel Wolf | Scott Queener |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant ☒ Appt. ☐ Retd. ☐ Ltd. App. | US Probation Officer |
| Marian Billingsley | DCR | |
| Courtroom Deputy | Court Reporter / Digital Recording | Interpreter ☐ SWORN |

**PROCEEDINGS**:
- ☒ Financial affidavit executed    Court Appointed: ☐ Federal Defender or ☒ CJA Attorney
- ☐ Deft. retained an attorney    ☐ Deft. WAIVED appointment of an attorney
- ☒ Deft. advised of rights
- ☒ Deft. waived reading of Indictment/Information    ☐ Indictment/Information Read
- ☒ Deft. pleads not guilty on counts  all counts    ☐ Deft. entered no plea
- ☐ Not guilty plea entered by Court on defendant's behalf
- ☐ Deft. requested a Preliminary Examination    ☐ Deft WAIVED the Rule 5 hearings
- ☒ Court UNSEALED case in its entirety    ☐ Case REMAINS sealed
- ☐ Court UNSEALED case as to the defendant(s) at this proceeding

**DATES SET**:

| | |
|---|---|
| Jury Trial: March 31, 2026 @ 9:00 a.m. | Final Pretrial Conf.: March 18, 2026 @ 1:30 p.m. |
| Detn Hrg: January 26, 2026 @ 1:30 p.m. | Preliminary Examination: |
| Arraignment: | Motion Hrg: |
| Status Conf: | Other Hrg: |
| Revocation Hrg: | |

**DEADLINES SET**:

| | |
|---|---|
| Discovery Ddl: January 30, 2026 | Reciprocal Discovery Ddl: February 27, 2026 |
| Motion Cut-Off: February 20, 2026 | Response Ddl: March 6, 2026 |
| Plea Ddl: February 27, 2026 | Other: |

**BOND**:
- ☒ Government moved for detention
- ☐ Dft WAIVED detention hrg.    ☒ Detention hrg. set    ☐ Detention hrg. held at Initial Appearance
- ☐ Deft. released on Conditions of Release
- ☒ Deft. remanded to the custody of the U.S. Marshal

I, Marian Billingsley, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

DCR File: 3:26-CR-14 20260123 142232    Court time: 2:25 to 4:00