AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __TENNESSEE__

United States of America

V.

Tyler S. Wells

**EXHIBIT AND WITNESS LIST**

Case Number: 3:26-CR-14

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jill E. McCook, U.S. Magistrate Judge | David Lewen | Rachel Wolf |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 03/31/2026 | DCR | Marian Billingsley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| G1 | | 12/23/2026 | Y | Y | News article |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages