# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

UNITED STATES OF AMERICA

v.  Case No.: 3:26–cr–00014–KAC–JEM

TYLER SHANE WELLS

## ORDER

The Court finds after review of the defendant's sworn Financial Affidavit that the above defendant may not have the funds to retain an attorney of the defendant's choice and that the defendant wants to be represented by counsel.

Accordingly, I find that the defendant qualifies for appointment of counsel and it is ORDERED the following counsel will be appointed to represent the defendant:

Rachel L Wolf
Law Office of Rachel Wolf
800 S. Gay St
Suite 2250
Knoxville, TN 37929

865–325–9653

ENTER.

s/Jill E McCook
UNITED STATES MAGISTRATE JUDGE