U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Knoxville

Date: 1/29/2026  Courtroom: 3B - Knoxville

Initial Appearance: ☐ Complaint ☑ Indictment ☐ SSI ☐ Information ☐ Violation Petition ☐ Rule 5
Other Hearing: ☑ Arraignment ☐ Arraignment on SSI

**Case No.** 3:26-CR-14  **USA v.** Alexander Bonilla-Servin

Present Before: HONORABLE Debra C. Poplin  U.S. Magistrate Judge

| David Lewen | D. Eldridge/L. Cravens/S. Leve+ | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant ☐ Appt. ☑ Retd. ☐ Ltd. App. | US Probation Officer |
| Madison McCroskey | DCR | |
| Courtroom Deputy | Court Reporter / Digital Recording | Interpreter ☐ SWORN |

**PROCEEDINGS**:
- ☐ Financial affidavit executed
- ☑ Deft. retained an attorney
- ☐ Deft. advised of rights
- ☑ Deft. waived reading of Indictment/Information
- ☑ Deft. pleads not guilty on counts 1-10
- ☐ Not guilty plea entered by Court on defendant's behalf
- ☐ Deft. requested a Preliminary Examination
- ☐ Court UNSEALED case in its entirety
- ☐ Court UNSEALED case as to the defendant(s) at this proceeding
- Court Appointed: ☐ Federal Defender or ☐ CJA Attorney
- ☐ Deft. WAIVED appointment of an attorney
- ☐ Indictment/Information Read
- ☐ Deft. entered no plea
- ☐ Deft WAIVED the Rule 5 hearings
- ☐ Case REMAINS sealed

**DATES SET**:

Jury Trial: March 31, 2026  Final Pretrial Conf.: March 18, 2026 at 1:30 p.m.
Detn Hrg: ___  Preliminary Examination: ___
Arraignment: ___  Motion Hrg: ___
Status Conf: ___  Other Hrg: ___
Revocation Hrg: ___

**DEADLINES SET**:

Discovery Ddl: February 5, 2026  Reciprocal Discovery Ddl: March 6, 2026
Motion Cut-Off: February 26, 2026  Response Ddl: March 12, 2026
Plea Ddl: March 6, 2026  Other: ___

**BOND**:
- ☐ Government moved for detention
- ☐ Dft WAIVED detention hrg. ☐ Detention hrg. set ☐ Detention hrg. held at Initial Appearance
- ☑ Deft. released on Conditions of Release
- ☐ Deft. remanded to the custody of the U.S. Marshal

I, Madison McCroskey, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
DCR File: 326cr14 20260129 130629  Court time: 1:30pm to 2:00pm