**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Case No. 3:26-CR-14** |
| **v.** ) | |
| ) | **Judges Crytzer/McCook** |
| **TYLER SHANE WELLS,** ) | |
| a/k/a "Boss" ) | |
| **ALEXANDER BONILLA-SERVIN,** ) | |
| **OMAR BONILLA-SERNA,** ) | |
| a/k/a "Omar the Trim and Paint Guy" ) | |
| a/k/a "Cajones" ) | |
| **NICHOLAS FOY PASTORE,** ) | |
| a/k/a "Nicholas OSO Pastore" ) | |

**UNITED STATES MOTION TO POSTPONE**
**MARCH 27, 2026 MOTIONS HEARING**

The United States respectfully requests that this Court postpone the motions hearing currently scheduled for March 27, 2026.

A superseding indictment (R. 79) in this case was unsealed yesterday afternoon, March 25, 2026. (R. 89.) That superseding indictment adds two new defendants: Omar Bonilla-Serna and Nicholas Foy Pastore. Based upon information and belief, attorney Steve Johnson intends to file a Notice of Appearance on behalf of defendant Pastore on March 26th—the day before the scheduled motions hearing. Defendant Bonilla-Serna is expected to have his initial appearance and arraignment on March 26th in the Northern District of Alabama. The government will be seeking Bonilla-Serna's detention; however, the date of the detention hearing is not yet known. Neither new defendant has reviewed discovery, or had sufficient time to consult with counsel, or retained or been appointed permanent counsel in this district or had any opportunity to assess the pending pretrial motions—let alone decide whether to join them.

It is neither unusual nor inefficient for newly joined defendants to adopt or join motions previously filed by co-defendants. Indeed, it is the routine and expected course. Proceeding to hear and decide those motions before defendants Bonilla-Serna and Pastore have had an opportunity to review them and consult with counsel, does not promote judicial economy. Postponing tomorrow's motion hearing will best manage the Court's risk of avoiding redundant consideration of legal arguments and duplicative proceedings.

Additionally, based upon information and belief, it is the government's understanding that at least one defendant is considering raising a complex *Touhy* issue for the Court's review in the wake of the Department of Homeland Security's decision on defense counsel's request for certain agent testimony.[1]

The government is not seeking an extended delay. It asks only that the Court postpone the motions hearing for a brief period—sufficient for the new defendants to be arraigned in this district, secure counsel, review discovery and the pending motions, and elect whether to join. A short postponement now will save the Court from litigating the same motions twice.

---

[1] *United States ex re. Touhy v. Ragen*, 340 U.S. 462 (1951), governs the process relating to if, when, who, and to what extent federal agency personnel may be compelled to testify about agency-related matters in a proceeding. *See also* 6 C.F.R. §§ 5.44, 5.48 (DHS regulations regarding the process for seeking the testimony of DHS personnel).

In light of these recent and significant case developments, the government respectfully requests an expedited ruling to avoid the unnecessary preparation and submission of exhibits by all parties by 1:00 pm today, March 26, 2026.

Respectfully submitted,

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

*s/David P. Lewen, Jr.*
DAVID P. LEWEN, JR.
Assistant United States Attorney
TN Bar No. 042915
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
david.lewen@usdoj.gov


*s/Russ Swafford*
RUSS SWAFFORD
Assistant United States Attorney
Tennessee Bar No. 034803
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 385-1332
russ.swafford@usdoj.gov

3