**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES** | |
| | |
| **v.** | **No. 3:26-CR-14** |
| | **JUDGES Crytzer/McCook** |
| **ALEXANDER BONILLA-SERVIN** | |

---

**DEFENDANT ALEXANDER BONILLA-SERVIN'S RESPONSE TO THE UNITED STATES' MOTION TO CONTINUE MOTIONS HEARING**

---

Comes the Defendant Alexander Bonilla-Servin, by and through undersigned counsel, and pursuant to the Order of the Court, Doc. 94, and hereby submits this response to the Motion to Continue Motions Hearing filed by the United States. Doc. 91.

Counsel has not discussed the Government's motion to continue filed today with Mr. Bonilla-Servin but have discussed the possibility that such a motion might be filed with him. Mr. Bonilla-Servin recognizes the government's logic in requesting a short continuance of the scheduled Motion Hearing given the superseding indictment. Mr. Bonilla-Servin also remains on pretrial release and for those reasons does not object to a short continuation of the Motion Hearing scheduled for March 27, 2026.

Respectfully submitted this on the 26th day of March 2026.

*s/ David Eldridge*
DAVID ELDRIDGE (BPR # 012408)
ELDRIDGE & CRAVENS, P.C.
The Cherokee Building
400 West Church Avenue, Suite 101
Knoxville, Tennessee 37902
(865) 544-2010

*s/ Loretta Cravens*
LORETTA CRAVENS (BPR # 023576)
ELDRIDGE & CRAVENS, P.C.
The Cherokee Building
400 West Church Avenue, Suite 101
Knoxville, Tennessee 37902
(865) 544-2010

*s/ Sharon Leveron*
SHARON LEVERON (BPR # 042181)
ELDRIDGE & CRAVENS, P.C.
The Cherokee Building
400 West Church Avenue, Suite 101
Knoxville, Tennessee 37902
(865) 544-2010