# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

UNITED STATES OF AMERICA )
)
)
v. ) Case No. 3:26-CR-14
) JUDGES CRYTZER/McCOOK
TYLER SHANE WELLS )

**SURREPLY TO GOVERNMENT SURREPLY**

Comes defendant Tyler Wells, by and through counsel, and respectfully responds to the Government's Sur-reply to Defendants' Replies in Support of Motion to Dismiss for Vagueness and Joint Motion to Dismiss for Unlawful Entry. Doc. 86.

The Government's sur-reply focuses on images from the THP body cam showing law enforcement outside the gate on Sagittarius Lane. Doc. 86. The Government states that law enforcement did not enter the jobsite on January 13, 2026. Doc. 86 PageID# 695. That is not the case. Throughout the THP dashcam video it is clear that law enforcement was on the property, behind the gate and in front of the gate several times. The images below demonstrate stills captured from the THP dashcam after THP arrived. There is no video provided in discovery from before THP's arrival.





Further, the property does not start at the gate. The private property starts at the private

road. Law enforcement was put on notice that this was private property several times leading up

2

to the events of January 13, 2026.

Regardless of whether law enforcement entered through the gate on January 13, 2026, and they did, the entire case stems from ICE continually attempting to enter and actually entering the property on Sagittarius Lane without a judicial nor administrative warrant of any kind, despite having ample opportunity to do so. Further, the superseding indictment now covers much more than the January 13 day alone. The superseding indictment covers timeframes August 15, 2025 through January 22, 2026. Law enforcement has noted that they spoke with Mr. Wells on January 5. It is clear that they had entered the private property repeatedly despite being told to leave unless they obtained a warrant. These facts are not in dispute.

Respectfully submitted this 2nd day of April, 2026, by:

/s/ *Wade V. Davies*
WADE V. DAVIES [BPR #016052]
GEORGIA A. MILLER [BPR #041197]
The Davies Law Firm, PLLC
900 S. Gay Street, Suite 802
Knoxville, TN 37902
(865) 686-6333
wdavies@wadedavies.law
*Counsel for Tyler Wells*

3