**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES** | |
| | **No. 3:26-CR-14** |
| **v.** | |
| | **JUDGES Crytzer/McCook** |
| **ALEXANDER BONILLA-SERVIN** | |

**MOTION TO JOIN AND ADOPT SURREPLY TO GOVERNMENT SURREPLY**
**[DOC. 108]**

COMES NOW, Defendant Alexander Bonilla-Servin, by and through undersigned counsel, and moves the Court for entry of an Order permitting him to join and adopt the Surreply to Government Surreply filed on behalf of his co-defendant Tyler Wells, Doc. 108, as the facts and arguments stated therein also apply to Mr. Bonilla-Servin.

Respectfully submitted this the 2nd day of April, 2026.

*s/ Sharon Leveron*
SHARON LEVERON (BPR # 042181)
ELDRIDGE & CRAVENS, P.C.
The Cherokee Building
400 West Church Avenue, Suite 101
Knoxville, Tennessee 37902
(865) 544-2010
