# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE – COURTROOM 3A

**Case #: 3:26-CR-14**                                    **Date: 4/16/2026**

United States of America     **vs.**   Wells, et al

**Present Before:** Honorable Jill E. McCook, United States Magistrate Judge

| **Courtroom Deputy:** | **Court Reporter:** | **Law Clerk:** |
|---|---|---|
| Marian Billingsley | DCR | Michelle Gensheimer |

| **Asst. U.S. Atty(s):** | **Probation Officer(s):** | **Atty(s) for Defendant(s):** |
|---|---|---|
| David Lewen<br>Russ Swafford | | Wade Davies<br>David Eldridge / Loretta Cravens present<br>Roberts Kurtz<br>Stephen Johnson |

**Others Present:**

**Proceedings:**
Scheduling Conf. held an Order is follow with the deadlines and hearings.

**Dates set at this hearing:**
- ☑ **Jury Trial:** 8/11/2026 @ 9:00am
- ☑ **Pretrial Conf.:** 7/28/2026 @ 11:00am
- ☐ **Detention Hrng.:**
- ☑ **Motion Hrng:** 6/18/2026 @ 10:00am
- ☐ **Status Conf:**

**Deadlines set at this hearing:**
- ☑ **Discovery DDL:** 4/23/2026
- ☑ **Motion Cut-Off:** 5/15/2026
- ☑ **Response to Mtns:** 5/29/2026
- ☐ **Reciprocal Disc.:**
- ☑ **Plea DDL:** 7/10/2026

☐ Defendant remanded to custody. ☐ Defendant released on Order Setting Conditions of Release.

**Time: 1:00**      **to**   1:40

⊙ I, Marian Billingsley    , Deputy Clerk, **CERTIFY the official record of this proceeding is an audio file.**

# Continuation of Minutes – Defendants and Attorneys    Page 2

Case Number: 3:26-CR-14

Dft #1: Tyler Shane Wells

Atty #1: Wade Davies

[✓] Appt. [ ] Retd. [ ] Ltd. App.

Dft #2: Alexander Bonilla-Servin

Atty #2: David Eldridge

[ ] Appt. [✓] Retd. [ ] Ltd. App.

Dft #3: Omar Bonilla-Serna

Atty #3: Robert Kurtz

[ ] Appt. [✓] Retd. [ ] Ltd. App.

Dft #4: Nicholas Foy Pastore

Atty #4: Stephen Johnson

[✓] Appt. [ ] Retd. [ ] Ltd. App.

Dft #5: _____

Atty #5: _____

[ ] Appt. [ ] Retd. [ ] Ltd. App.

Dft #6: _____

Atty #6: _____

[ ] Appt. [ ] Retd. [ ] Ltd. App.

Dft #7: _____

Atty #7: _____

[ ] Appt. [ ] Retd. [ ] Ltd. App.

Dft #8: _____

Atty #8: _____

[ ] Appt. [ ] Retd. [ ] Ltd. App.