**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

UNITED STATES OF AMERICA

v.                                                              No. 3:26-CR-14
                                                               Crytzer/McCook

OMAR BONILLA-SERNA

---

**MOTION TO CONTINUE TRIAL**

---

Comes the defendant, Omar Bonilla-Serna, through counsel, and respectfully moves to continue the trial of this matter, and all other deadlines, currently scheduled on August 11, 2026. In support of this motion, Mr. Bonilla-Serna would show as follows:

1.      Mr. Bonilla-Serna is charged with violating 8 U.S.C. § 1324, 18 U.S.C. §§ 2 and 372.

2.      Mr. Bonilla-Serna had an initial appearance in the Eastern District of Tennessee on May 4, 2026.  The Court scheduled a number of deadlines and the trial date on April 20, 2026. The deadlines currently in place were set prior to Mr. Bonilla-Serna appearing in the EDTN.

3.      The government has provided discovery in this case.  The discovery that has been provided includes documents, audio and visual recordings, photos, and other materials.

4.      Mr. Bonilla-Serna has a detention hearing scheduled on June 5, 2026.  Mr. Bonilla-Serna is in remote detention in Laurel County, Kentucky.  The Laurel County Jail is approximately 1.5 hours from Knoxville.

5.      English is not Mr. Bonilla-Serna's native language.  Undersigned counsel has to

use an interpreter to communicate effectively with Mr. Bonilla-Serna.  It will require significant time to meet with Mr. Bonilla-Serna to review the discovery, prepare pretrial motions, and prepare this matter for trial.

6.      Mr. Bonilla-Serna respectfully submits that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial so that counsel for Mr. Bonilla-Serna has an opportunity to review the discovery, file pretrial motions and prepare for trial.  (18 U.S.C. §3161(h)(7)(A)).  Mr. Bonilla-Serna submits that the failure to grant a continuance in this case would result in a miscarriage of justice.  (18 U.S.C. §3161(h)(7)(B)(i)).  Finally, the failure to grant this motion would deny counsel for the defendant reasonable time for effective preparation, despite the exercise of due diligence.  (18 U.S.C. §3161(h)(7)(B)(iv)).

7.      The government, through AUSA David Lewen, does not oppose this motion. Wade Davies, attorney for Tyler Wells opposes this motion because Mr. Wells remains in pretrial detention.  David Eldridge, attorney for Alexander Bonilla-Servin, does not oppose this motion. Stephen Ross Johnson, attorney for Nicholas Pastore, does not oppose this motion.

Based on the volume of discovery, Mr. Bonilla-Serna's status in pretrial detention, and the need to meet and consult with Mr. Bonilla-Serna, undersigned counsel requests that the Court continue the trial and associated deadlines in this matter.

Respectfully submitted on May 15, 2026.

s/ Robert R. Kurtz
Robert R. Kurtz
BPR No. 20832
625 Market Street, Ste. 901
Knoxville, TN 37902
865-522-9942
rrkurtz@gmail.com