# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **Case No. 3:26-CR-14** |
| | ) | **JUDGES CRYTZER/McCOOK** |
| TYLER SHANE WELLS, et al. | ) | |

## WELLS'S RESPONSE TO MOTIONS TO CONTINUE

Defendant Tyler Wells respectfully responds to the motions to continue filed by Bonilla-Serna [doc. 126] and Pastore [doc. 130].

In the event Mr. Wells's Motion to Sever [docs. 112, 133] is not granted, Mr. Wells would respectfully oppose a continuance for the reasons stated in his severance filings and for the reasons stated in response to the motion to continue filed by the Government.[1] The requested delay would not be a reasonable period of delay as to Mr. Wells. 18 U.S.C. § 3161(h)(6).

Respectfully submitted this 26th day of May, 2026, by:

/s/ *Wade V. Davies*
WADE V. DAVIES [BPR #016052]
GEORGIA A. MILLER [BPR #041197]
The Davies Law Firm, PLLC
900 S. Gay Street, Suite 802
Knoxville, TN 37902
(865) 686-6333
wdavies@wadedavies.law
*Counsel for Tyler Wells*

---

[1] Mr. Wells's positions and his request for a speedy trial were summarized by the Court in the Memorandum and Order filed April 20, 2026. [Doc. 111]