UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>TYLER SHANE WELLS, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:26-CR-14-KAC-JEM |

**O R D E R**

This matter is set for an evidentiary and motion hearing on September 9, 2026, at 10:00 a.m. The Court will address the following motions, and filings related to those motions, in the following order:

1. Motion for Jury Questionnaire [Doc. 42];
2. Motion for Bill of Particulars [Doc. 41], Motion for Bill of Particulars [Doc. 44], and Motion for Bill of Particulars [Doc. 156];
3. Motion to Dismiss Counts One, Four, Five, Six, Seven, Eight, Nine, and Ten for Vagueness [Doc. 46];
4. Motion to Dismiss for Violations of the Due Process and Compulsory Process Clauses [Doc. 113];
5. United States' Motion to Quash Subpoenas [Doc. 170]; and
6. Motion to Suppress Phone Seach [Doc. 48].

Considering the United States' Motion to Quash Subpoenas [Doc. 170], which relates to the Joint Motion to Dismiss for Unlawful Entry [Doc. 47], the Court will not address the Joint Motion to Dismiss for Unlawful Entry [Doc. 47] on September 9, 2026. A hearing for that motion will be set at a later date.

To facilitate an orderly hearing on September 9, 2026, the parties are **DIRECTED** to provide notice to the undersigned's courtroom deputy **on or before 1:00 p.m. Tuesday, September 8, 2026**, indicating how much time they anticipate needing to address each motion.

**IT IS SO ORDERED.**

ENTER:

Jill. E. McCook
United States Magistrate Judge