**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES**<br><br>**v.**<br><br>TYLER SHANE WELLS,<br>ALEXANDER BONILLA-SERVIN,<br>OMAR BONILLA-SERNA,<br>Defendants | **Case No. 3:26-CR-14**<br>**JUDGES Crytzer/McCook** |

# JOINT PROPOSED QUESTIONNAIRE

Come the parties, by and through their respective counsel, hereby submit this Joint Proposed Questionnaire per the Court's Order to be submitted to the prospective jurors in addition to the Court's standard questionnaire. [Doc. No. 182]. The instructions and proposed questions below have been agreed to by all parties and the parties may submit additional proposed questions individually on or before September 23, 2026 also pursuant to the Court's Order.

INSTRUCTIONS

Please answer each of the following questions as completely and honestly as you can. Your answers will be kept confidential and used only for jury selection purposes. There are no "right" or "wrong" answers.

In this case, the Superseding Indictment alleges that Mr. Wells, Mr. Bonilla-Servin, and Mr. Bonilla-Serna violated several federal statutes with regard to their activities either on or with respect to a Knox County construction site during law enforcement immigration enforcement activities.

1. Have you seen, heard, or read anything about this case or the events alleged in this case? If so, please identify the source and briefly describe what you recall.
2. Have you or someone close to you had a personal, professional, or other significant experience with federal immigration enforcement that might affect your ability to be fair and impartial in this case?" If your answer is yes, please briefly describe this experience and how it has affected you.
3. Do you have any strongly held views about federal immigration enforcement that you believe would make it difficult for you to fairly and impartially decide this case based solely on the evidence presented in court and the law as instructed by the Court?" If so, please briefly describe those views.

*Irvin v. Dowd*, 366 U.S. 717, 723 (1961) (the court must determine whether a potential juror has formed a pre-trial opinion of the Defendant's guilt, such that the juror is unable to "lay aside his impression or opinion or render a verdict based on the evidence presented in court."); *United States v. Blanton*, 719 F.2d 815, 830-31 (6th Cir. 1983) (en banc) (supports probing potential predispositions when relevant to impartiality).

Respectfully submitted this the 18th day of September, 2026.

***/s/ David P. Lewen, Jr.***
DAVID P. LEWEN, JR.
Assistant United States Attorney
TN Bar No. 042915
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
david.lewen@usdoj.gov
*Counsel for the United States*

***/s/ Russ Swafford***
RUSS SWAFFORD
Assistant United States Attorney
TN Bar No. 034803
1110 Market Street, Suite 515
Chattanooga, TN 37402
(423) 385-1332
russ.swafford@usdoj.gov
*Counsel for the United States*

***/s/ Wade V. Davies***
WADE V. DAVIES [BPR #016052]
GEORGIA A. MILLER [BPR #041197]
The Davies Law Firm, PLLC
800 S. Gay Street, Suite 700
Knoxville, TN 37929
(865) 686-6333
wdavies@wadedavies.law
*Counsel for Tyler Wells*

***/s/ David Eldridge***
DAVID ELDRIDGE (BPR # 012408)
LORETTA CRAVENS (BPR # 023576)
SHARON LEVERON (BPR # 042181)
ELDRIDGE & CRAVENS, P.C.
The Cherokee Building
400 West Church Avenue, Suite 101
Knoxville, Tennessee 37902
(865) 544-2010
*Counsel for Alexander Bonilla-Servin*

***/s/ Robert R. Kurtz***
ROBERT R. KURTZ [BPR #20832]
625 Market Street, Suite 901
Knoxville, TN 37902
(865) 522-9942
rrkurtz@gmail.com
*Counsel for Omar Bonilla-Serna*